**Jerrold Ryan KEMMER, Appellant,**

v.

**BELTRAMI COUNTY; Beltrami County Sheriff's Department, a municipal corporation; Scott H. Hinners, individually and in his capacity as Investigator for the Beltrami County Sheriff's Department; Lee Anderson;**

---

Brian Ball, individually and in his capacity as Investigator for the Beltrami County Sheriff's Department; Sam Lundquist, individually and in his capacity as Investigator for the Beltrami County Sheriff's Department; Danelle Haugen, individually and in her capacity as Investigator for the Beltrami County Sheriff's Department, Appellees.

No. 09–2239.

United States Court of Appeals, Eighth Circuit.

Submitted: March 25, 2010.

Filed: March 31, 2010.

Jerrold Ryan Kemmer, Bemidji, MN, pro se.

Jason James Kuboushek, Andrea B. Wing, Iverson & Reuvers, Bloomington, MN, for Appellees.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Jerrold Kemmer appeals the district court's[1] order granting defendants summary judgment and denying Kemmer's Federal Rule of Civil Procedure 56(f) motion for a continuance in his pro se 42 U.S.C. § 1983 action.

Following careful de novo review, *see Sheets v. Butera*, 389 F.3d 772, 776 (8th Cir.2004), we conclude that the district court properly granted summary judgment, and we also find no abuse of discretion in the court's denial of Kemmer's re-

quest for a continuance, *see Rakes v. Life Investors Ins. Co. of Am.*, 582 F.3d 886, 893 (8th Cir.2009) (standard of review for denial of Rule 56(f) motion). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

